IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| DANIEL A LEISEN, | ) NO.: 17-08120 |
| STEPHANIE M LEISEN | ) |
| *FKA* STEPHANIE POSCH, | ) CHAPTER 13 |
| | ) |
| Debtors, | ) JUDGE: JANET S. BAER |
| | ) (Kane County) |
| | ) |

## NOTICE OF MOTION

TO: SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON March 29, 2019 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, U.S. Bankruptcy Judge, Kane County Courthouse, 100 South Third Street, Room 240, 615, Geneva, Illinois 60134, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on March 18, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera  Bhoopal*
Kinnera  Bhoopal
ARDC# 6295897

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

To Debtor:  *Served via U.S. Mail*
Daniel A Leisen
Stephanie M Leisen
fka Stephanie Posch
1607 Evergreen St
Saint Charles, IL 60174

To Attorney:  *by Electronic Notice through ECF*
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| DANIEL A LEISEN, | ) NO.: 17-08120 |
| STEPHANIE M LEISEN | ) |
| *FKA* STEPHANIE POSCH, | ) CHAPTER 13 |
| Debtors, | ) |
| | ) JUDGE: JANET S. BAER |
| | ) (Kane County) |
| | ) |

## MOTION TO MODIFY THE AUTOMATIC STAY AND MOTION TO DISMISS

NOW COMES Wells Fargo Bank, N.A. by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 1607 Evergreen Street, Saint Charles, Illinois 60174 be Modified or alternatively that the above captioned Chapter 13 be dismissed, stating as follows:

1. On March 15, 2017, the above captioned Chapter 13 was filed.

2. On June 09, 2017, the above captioned Chapter 13 was confirmed.

3. Wells Fargo Bank, N.A. services the first mortgage lien on the property located at 1607 Evergreen Street, Saint Charles, Illinois 60174.

4. The Plan calls for the Debtors to be the disbursing agent for the post-petition mortgage payments directly to Wells Fargo Bank, N.A. Post-petition payments are $1,317.69.

5. The post-petition mortgage payments are due and owing for December 01, 2018. The default to Wells Fargo Bank, N.A. is approximately $5,120.76 through March 3, 2019, and including a suspense amount of $150.00.

6. Attorney fees and costs associated with the filing of this motion are $1,031.00 and may be deemed recoverable from the Debtor.

7. The plan is in material default.

8. Wells Fargo Bank, N.A. continues to be injured each day it remains bound by the Automatic Stay.

9. Wells Fargo Bank, N.A. is not adequately protected.

10. The property located at 1607 Evergreen Street, Saint Charles, Illinois 60174 is not necessary for the Debtors' reorganization.

11. Wells Fargo Bank, N.A. services the underlying mortgage loan and note for the property referenced in this Motion for Relief for Wells Fargo Bank, N.A. (the noteholder) and is entitled to proceed accordingly.  Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the Debtors obtain a discharge and a foreclosure action is commenced or recommended, said foreclosure action will be conducted in the name of Wells Fargo Bank, N.A. (the noteholder).

12. Debtor(s), executed a promissory note secured by a mortgage or deed of trust.  The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

13. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 1607 Evergreen Street, Saint Charles, Illinois 60174, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, or alternatively that the above captioned Chapter 13 be dismissed, and leave be granted to Wells Fargo Bank, N.A. to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

                McCalla Raymer Leibert Pierce, LLC

By:    */s/Kinnera Bhoopal*
       Kinnera Bhoopal
       Illinois Bar No. 6295897
       Attorney for Creditor
       1 N. Dearborn Suite 1200
       Chicago, IL  60602
       Phone:  (312) 346-9088
       Fax:  (312) 551-4400
       Email:  ILpleadings@mrpllc.com