IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RE:  Daniel A Leisen,                    )  CASE NO. 17-08120
      Stephanie M Leisen                )  Judge Janet S. Baer

## AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Wells Fargo Bank, NA, the mortgagee on the property located at 1607 Evergreen Street, Saint Charles, Il 60174, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Wells Fargo Bank, NA of $3,438.45 through April 2019, after crediting the tender of payments made through April 2019. The aforementioned default is calculated as follows:

| | |
|---|---:|
| December 2018 through April 2019 = 5 @ $1,317.69 | $6,588.45 |
| Less funds previously tendered | ($3,000.00) |
| Less funds in suspense | ($150.00) |
| Total default amount remaining | $3,438.45 |

The Debtor shall tender the following payments on or before the following dates:

| | | | |
|---|---|---|---:|
| On or before | May 1, 2019 | One post-petition mortgage payment + | $573.08 |
| On or before | June 1, 2019 | One post-petition mortgage payment + | $573.08 |
| On or before | July 1, 2019 | One post-petition mortgage payment + | $573.08 |
| On or before | August 1, 2019 | One post-petition mortgage payment + | $573.08 |
| On or before | September 1, 2019 | One post-petition mortgage payment + | $573.08 |
| On or before | October 1, 2019 | One post-petition mortgage payment + | $573.05 |

The current post petition mortgage payment is $1,317.69, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

2. The aforesaid payments shall be made payable to Wells Fargo Bank, NA, in the form of money orders, certified checks, or cashier's checks and sent to: Wells Fargo Home Mortgage, PO Box 14507, Des Moines, IA 50306.

3. In the event the Debtor defaults in making the payments under paragraph 1, then the Debtor has no right to cure and the Stay shall automatically Modify to Wells Fargo Bank, NA without further Court Order.

4. If the Stay is Modified to Wells Fargo Bank, NA, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney, and the Trustee and file said notice with the Court.

Agreed:

/s/ Dana O'Brien
Attorney for Wells Fargo Bank, N.A.

/s/ David H Cutler
Attorney for Debtor

Dated: **APR 1 6 2019**

Entered: _Janet S. Baer_
Bankruptcy Judge Janet S. Baer

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602